IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ORIGINAL**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. No. 99-1888 (HHK) (DAR) |
| v. ) | **FILED** |
| ) | |
| TOYOTA MOTOR CORPORATION, et al., ) | JUN 3 0 2003 |
| ) | |
| Defendants. ) | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## NOTICE OF LODGING

The United States hereby notifies the Court that a Consent Decree resolving the litigation in these matters is being lodged in the above-captioned consolidated action. Pursuant to 28 C.F.R. § 50.7, this Consent Decree must be lodged with the Court for at least thirty days before entry, in order to provide an opportunity for public comment.

Notice of the lodging of the Consent Decree will be published in the Federal Register in the near future, indicating that the U.S. Department of Justice will receive comments for a period of thirty days. If the United States continues to consent to this decree, it will move the Court for final approval and entry. Entry of this decree will resolve all of the United States' and the State's claims against the settlers asserted in this case.

WHEREFORE, the United States requests that the Court receive the attached Consent Decree for lodging only.

68

Respectfully Submitted,

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice


*/s/ Mark Gallagher*
MARK A. GALLAGHER, D.C. Bar # 400620
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, D.C. 20044-7611
202-514-5405


ROSCOE C. HOWARD, JR., D.C. Bar # 246470
United States Attorney

MARK E. NAGLE, D.C. Bar # 416364
Assistant United States Attorney


*/s/ Lydia Kay Grigsby*
LYDIA KAY GRIGSBY, D.C. Bar # 465744
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 Fourth Street, N.W., Suite 10808
Washington, D.C. 20001

OF COUNSEL:

DAVID E. ALEXANDER
Vehicle and Engine Enforcement
Office of Enforcement & Compliance Assurance
U.S. Environmental Protection Agency
Ariel Rios Federal Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20044